UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARVEY BUSBY, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1952** |
| **ASSURANCE FORENSIC ACCOUNTING, LLC** | **SECTION: "G"(1)** |

### ORDER

Considering Defendant's Motion for Extension of Time Within Which to Serve Response to Plaintiff's Original Complaint,[1]

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Pursuant to Local Rule 7.8 Defendant is granted an extension of twenty-one (21) in which to serve its response to Plaintiff's Original Complaint.

**NEW ORLEANS, LOUISIANA**, this <u>17th</u> day of August, 2012.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 4.